UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE SMITH, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | No. 20-CV-9501 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On November 8, 2021, the Court dismissed Plaintiff's complaint without prejudice and respectfully directed the Clerk of Court to mail a copy of its order to Plaintiff. Dkt. 15. It has come to the Court's attention that the mailed order was returned to sender. It appears that Plaintiff was transferred in September to the Fishkill Correctional Facility at 271 Matteawan Road, P.O. Box 1245, Beacon, NY 12508-0307.

The Clerk of Court is respectfully directed to mail a copy of this order and the Court's order at Dkt. 15 to Plaintiff at his new address.

SO ORDERED.

Dated: December 2, 2021
        New York, New York

_____
Ronnie Abrams
United States District Judge